UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MICHAEL THORN ANDERSON,

                Petitioner,           Civil Case No. 19-10972

v.                                   Honorable Linda V. Parker

NOAH NAGY,

                Respondent.

_____/

## **ORDER OF DISMISSAL**

On April 1, 2019, Petitioner Michael Thorn Anderson, an inmate at the
Lakeland Correctional Facility in Coldwater, Michigan, filed a *pro se* petition for
the writ of habeas corpus. (ECF No. 1.) On April 4, 2019, the Court ordered
Petitioner to pay the $5.00 filing fee for this action or to apply for permission to
proceed *in forma pauperis.* (ECF No. 3.)

As of today, Petitioner has not paid the filing fee, nor applied for permission
to proceed *in forma pauperis.* He also has not requested an extension of time to
comply with the Court's previous order, has not informed the Court of any change
in his address, and has not communicated with the Court in any other way.

Accordingly,

**IT IS ORDERED** that Petitioner's habeas petition is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962); Fed. R. Civ. P. 41(b); LR 41.2.

      **IT IS SO ORDERED**.

                                    s/ Linda V. Parker
                                    LINDA V. PARKER
                                    U.S. DISTRICT JUDGE

Dated: July 25, 2019

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, July 25, 2019, by electronic and/or U.S. First Class mail.

                                    s/ E. Karhoff on behalf of
                                    Richard Loury, Case Manager